IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MING ZHOU, XUE RUI, and ZHI ZHENG,<br>Plaintiff(s)<br>v.<br><br>SIZUNG, INC., DANIEL MARMAR, ADAM LOBEL and SVERRE WENDELBO, in their professional and individual capacities,<br>Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:19-cv-10503-PGG-RWL |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Ming Zhou, Xue Rui and Zhi Zheng, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants. This dismissal is without prejudice and, as such, the Plaintiffs may subsequently refile their claims in federal or state court.

Date: November 27, 2019

/s/
Christopher Q. Davis, Esq.
Rachel M. Haskell, Esq.
The Law Office of Christopher Q. Davis
80 Broad Street, Suite 703
New York, NY 10004
646-430-7930 (main)
646-349-2504 (fax)

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec 3, 2019